IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT ) <br> OPPORTUNITY COMMISSION and ) <br> ERIC KING, ) <br> ) <br> Plaintiffs, ) <br> ) <br> ) NO. 2:03-0088 <br> ) JUDGE HAYNES <br> LTD PARTS, INC., ) <br> ) <br> Defendant. ) | |

### ORDER

Upon review of the file in this action, the Plaintiff did not submit a response as ordered by the Court. (Docket Entry No. 39). Plaintiff was informed that his failure to do so could result in dismissal.

Accordingly, this action is **DISMISSED** with prejudice for Plaintiff's failure to prosecute. Fed. R. Civ. P 41(b). See Link v. Wabash R.R. Co., 370 U.S. 626, 630 (1962). The Defendant's motion for summary judgment (Docket Entry No. 32) is **DENIED** as moot.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 4th day of August, 2005.

WILLIAM J. HAYNES, JR.
United States District Judge